In the Matter of MODERN INDUSTRIAL BANK, Appellant, against MARK GRAVES et al., Constituting the State Tax Commission, Respondents.

Argued March 4, 1941; decided April 17, 1941.

*Frederick E. Crane* and *Sylvia Livingston* for appellant.

*John J. Bennett, Jr., Attorney-General (John C. Crary, Jr.,* and *Wendell Brown* of counsel), for respondents.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.